BENJAMIN J. ADDIEGO AND ANTHONY ADDIEGO, PLAINTIFFS-APPELLANTS, v. STATE OF NEW JERSEY AND NEW JERSEY STATE BOARD OF DENTISTRY, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued October 16, 1979—Decided October 25, 1979.

Before Judges FRITZ, KOLE and LANE.

*Mr. Arthur C. Meisel* argued the cause for appellants (*Messrs. Jamieson, McCardell, Moore, Peskin & Spicer*, attorneys).

*Mr. Heikki Leesment*, Deputy Attorney General, argued the cause for respondents (*Mr. John J. Degnan*, Attorney General of New Jersey, attorney; *Mr. Stephen Skillman*, Assistant Attorney General, of counsel).

PER CURIAM.

We have considered all of the contentions raised on this appeal by the plaintiffs and find them to be without merit. We affirm the judgment essentially for the reasons given by Judge Schoch in his opinion reported at 163 *N.J.Super.* 97 (Law Div.1978).

Affirmed.